DOROTHY L. MACKINNON, Individually and as Executrix of BERGAN A. MACKINNON, Deceased, Respondent, *v.* ADVANCE PATTERN COMPANY, INCORPORATED, et al., Defendants and KATHLEEN PFENDER et al., Appellants.

Submitted April 5, 1954; decided April 8, 1954.

*Arthur J. Brothers* for respondent.

*Thomas A. Sully* for appellants.

Motion to dismiss appeal withdrawn.